IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

**ESTHER CARABALLO-RIVERA,**

**Plaintiff,**

**v.**                                                                               **CASE NO. 16-3122 (GAG)**

**BANCO POPULAR DE PUERTO RICO,**

**Defendant.**

### **JUDGMENT**

Pursuant to the Plaintiff's Notice of Voluntary Dismissal with prejudice at Docket No. 8, **JUDGMENT** is hereby entered **DISMISSING with prejudice** all claims against Defendant. The Court will retain jurisdiction to enforce the terms of the settlement agreement reached by the parties. (<u>See</u> Docket No. 8 at 1.) Each party shall bear its own costs and fees.

S**O ORDERED.**

In San Juan, Puerto Rico this 27th day of January, 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
UNITED STATES DISTRICT JUDGE
